UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

PRECIOUS BERRY ) JURY TRIAL DEMANDED
    Plaintiff, )
     )
v. ) Case No. CIV-24-1095-D
     )
NATIONAL RECOVERY AGENCY )
    Defendant. )
     )
     )

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

### I.    INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Precious Berry an individual consumer, against Defendant, National Recovery Agency ("NRA") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.    JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Oklahoma City, Oklahoma County, Oklahoma, and the

conduct complained of occurred in Oklahoma City, Oklahoma County, Oklahoma.

## III. PARTIES

3. Plaintiff Precious Berry (hereinafter "Ms. Berry") is a natural person residing in Oklahoma City, Oklahoma County, Oklahoma. Ms. Berry is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant National Recovery Agency is a Pennsylvania corporation with its principal place of business located at 2491 Paxton St, Harrisburg, PA 17111.

5. Defendant National Recovery Agency is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

## IV. FACTS OF THE COMPLAINT

6. Defendant National Recovery Agency (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7.   On or about September 13, 2024, Ms. Berry received an SMS aka Text message form National Recovery Agency attempting to collect on two debts owed to Emer Svc of Oklahoma in the amount of $1,119 and $597.

8.   On or about September 17, 2024 Ms. Berry sent a SMS aka Text message back *"I appreciate your efforts in handling this matter and seeking resolution. I see that I owe a debt to you so after careful consideration and review of my financial situation I don't want to be contacted about this debt by your company. Please understand that this decision is not a reflection of your services or the validity of the debt."* Pursuing to 15 U.S.C 1692c(c).

9.   On or about September 17, 2024 Ms. Berry received a SMS stating *"Hello. Thanks you for responding to our text message. I am Jennifer your virtual agent. I can help you with that. Is your name Precious Berry?"* National Recovery Agency received Ms. Berry refusal communication.

10.  On or about September 23, 2024 Ms. Berry received an SMS aka Text message from National Recovery Agency *"PRECIOUS, we have an important message about your account with a total balance due of $1,716.00 from 04/22/21. National Recovery Agency is a debt collector,

3

attempting to collect the debt you owe this communication. We will use any information obtained from you to help collect the debt. You have 2 accounts in our office with the following original account numbers) and balance (s): 0285541914-83073524: $597.00 0289281349-83073524: $1,119.00 National Recovery Agency 2491 Paxton St Harrisburg PA 17111 800-773-4503 Email i@nationalrecovery.com www.nationalrecoverv.com Which was in violation of 15 USC 1692c(c).

11. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, seclusion upon intrusion, decreased ability to focus on task while at work, frustration, amongst other negative emotions.

## V.  FIRST CLAIM FOR RELIEF
### (Defendant National Recovery Agency)
### 15 U.S.C. §1692c(c)

12. Ms. Berry re-alleges and reincorporates all previous paragraphs as if fully set out herein.

13. The Debt Collector violated the FDCPA.

14. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

15. As a result of the above violations of the FDCPA, Defendant are liable to the Ms. Berry actual damages, statutory damages and cost.

### VI.    JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Ms. Berry respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

s/ Nkem A. House
Nkem A. House, OBA #21219
House Law Group
425 W. Wilshire Blvd., Ste. E
Oklahoma City, OK 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)
ATTORNEY FOR PLAINTIFF