## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

PRECIOUS BERRY )
     Plaintiff, )
  )
v. ) Case No. 24-CV-01095-D
  )
NATIONAL RECOVERY AGENCY )
     Defendant. )
  )
  )

## DISMISSAL WITH PREJUDICE

Plaintiff Precious Berry hereby stipulates that all claims raised against National Recovery Agency in this civil action have been settled and that Plaintiff's claims against National Recovery Agency should be dismissed, with prejudice, and with each side to bear its own costs and attorney's fees.

Dated: July 31, 2025.

(INTENTIONALLY LEFT BLANK)

1

Respectfully submitted:

**Law By JW, LLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: /s/ Jeffrey A. Wilson
    JEFFREY A. WILSON

**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**

/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT
NATIONAL RECOVERY AGENCY***

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, July 31, 2025 the foregoing

document was served on all required parties via email or the ECF system.

2

/s/ Jeffrey A. Wilson_____
Jeffrey A. Wilson